# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| HEYWOOD BECKER | : No. 301 MAL 2022 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| U.S. BANK, N.A. | : |
| | : |
| | : |
| PETITION OF: HEYWOOD BECKER | : |

| | |
|---|---|
| U.S. BANK, N.A. | : No. 302 MAL 2022 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| GEORGE KIRIAKIDIAND HEYWOOD BECKER | : |
| | : |
| | : |
| | : |
| PETITION OF:  HEYWOOD BECKER | : |

| | |
|---|---|
| HEYWOOD BECKER | : No. 303 MAL 2022 |
| | : |
| | : |
| v. | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| | : |
| U.S. BANK, N.A. | : |
| | : |
| PETITION OF: HEYWOOD BECKER | : |

HEYWOOD BECKER : No. 304 MAL 2022
:
:
:
v. : Petition for Allowance of Appeal
: from the Order of the Superior Court
:
E. KEITH DARROW :
:
:
:
PETITION OF: HEYWOOD BECKER :


HEYWOOD BECKER : No. 305 MAL 2022
:
:
:
v. : Petition for Allowance of Appeal
: from the Order of the Superior Court
:
ESTATE OF RICHARD RESTIFO :
DECEASED A/K/A RICHARD J. RESTIFO, :
EMILY MARIE CIPRIANO, ADMIN. A/K/A :
EMILY M. CIPRIANO, AND UNITED :
STATES OF AMERICA :
:
:
PETITION OF: HEYWOOD BECKER, :
ESTATE OF RICHARD RESTIFO :
DECEASED A/K/A RICHARD J. RESTIFO :
AND EMILY MARIE CIPRIANO, ADMIN. :
A/K/A EMILY M. CIPRIANO :


## **ORDER**


**PER CURIAM**

    **AND NOW**, this 24th day of January, 2023, the Petition for Allowance of Appeal,

the Petition for Leave to File a Response in Support of Petitioners' Petition for Allowance

of Appeal, and the Conditional Cross-Application for Leave to File Sur-Reply in Opposition

to Petitioners' Petition for Allowance of Appeal are **DENIED**.